IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Ronnie Carl Robinson Sr. #333281 )
(full name)          (Register No). )
_____ )
_____ )
                                 ) Case No. _____
         Plaintiff(s).           )
                                 )
v.                               )
                                 )
                                 )
Missouri Dept. of Corrections    )
_____  ) Defendants are sued in their (check one):
(Full name)                      )  ✓  Individual Capacity
Centurion Medical                )  ___ Official Capacity
_____  )  ___ Both
         Defendant(s).

**COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983**

I. Place of present confinement of plaintiff(s): South Central Correctional Center, 255 West Highway 32, Licking, Missouri 65542.

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

    A. Plaintiff Ronnie Carl Robinson Sr.    Register No. 333281
        Address 255 West Highway 32, Licking, MO. 65542

    B. Defendant State of Missouri, Corizon/Centurion

       Is employed as medical provider + State of

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III.  Do your claims involve medical treatment?  Yes XX   No ___

IV.  Do you request a jury trial?  Yes XX   No ___

V.  Do you request money damages?  Yes XX   No ___

State the amount claimed?  $ see ¶ X . / _____ (actual/punitive)

VI.  Are the wrongs alleged in your complaint continuing to occur?  Yes X   No ___

VII.  Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes XX   No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?  Yes XX   No ___

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
See Attachments.
_____
_____
_____

D. If you have not filed a grievance, state the reasons.
N/a
_____
_____

VIII.  Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?  Yes ___   No XX

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?  Yes ___   No XX

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: __N/a_____
         (Plaintiff)           (Defendant)
(2) Date filed: N/a _____

2

Case 6:25-cv-03205-BP    Document 1    Filed 07/28/25    Page 2 of 6

(3) Court where filed: N/a

(4) Case Number and citation: N/a

(5) Basic claim made: N/a

(6) Date of disposition: N/a

(7) Disposition: N/a
(Pending) (on appeal) (resolved)
(8) If resolved, state whether for: N/a
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

**Please see attached two pages.**

SEE Also Exhibit (A) Article

SEE Also Complaint two pages

B. State briefly your legal theory or cite appropriate authority:

Plaintiff's rights under the eighth and Fourteenth Amendments to the United States Constitution were violated because the defendant's failed to protect him from illicit drug smoke and then failed to treat him for his medical complaints resulting from this exposure.

3

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
1. Medical Neglect $500,000.00; 2. Physical Distress $500,000.00;
3. Mental Distress $500,000.00; 4. Emotional Distress $500,000.00;
5. Missouri Dept. of Corrections for failure to protect from smoking of illicit drugs $1,000,000.00.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. N/a

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?  Yes ✓  No ☒

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.
Morgan + Morgan, 817 Broadway St. Paducah Ky 42001

C. Have you previously had a lawyer representing you in a civil action in this court?  Yes ___  No XX

N/a If your answer is "Yes," state the name and address of the lawyer.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 21st day of July 2025.

Ronnie Robinson #333281
Signature(s) of Plaintiff(s)

4

# UNITED STATES POSTAL SERVICE ®  |  PRIORITY MAIL ®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

CLERK U.S. DIST COURT
WEST DIST OF MO
KANSAS CITY, MO

RECEIVED
JUL 28 2025

Legal Mail

VISIT US AT USPS
ORDER FREE SUPPLIES



US POSTAGE PAID $0.00
Origin: 65542
07/23/25
2846920712-13

PRIORITY MAIL®
0 Lb 6.10 Oz
RDC 03
C015

USPS TRACKING®#
9505 5143 0727 5204 2164 57

EXPECTED DELIVERY DAY: 07/26/25

SCREENED BY
U.S. MARSHALS

LEGAL MAIL

Ronnie Robinson #333281   3-C 247
South Central Correctional Center
255 West Highway 32
Licking, MO 65542

TO:
Clerk, United States District Court
For the Western District of Missouri
400 E. Ninth Street
Kansas City, MO
64106

Case 6:25-cv-03205-BP   Document 1   Filed 07/28/25   Page 6 of 6